AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
June 29, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: sec
DEPUTY

United States of America
v.

RYAN THOMAS GRIFFIN

*Defendant(s)*

Case No. **1:26-mj-00652-DH**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2025 through June 2026 in the county of Travis in the Western District of Texas and elsewhere, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Transmission of Threatening Communication |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

BRENDAN SCHWANKY, Task Force Officer, FBI

*Printed name and title*

❐ Sworn to before me and signed in my presence.

☑ Sworn to telephonically and signed electronically.

Date: 06/29/2026

*Judge's signature*

City and state: Austin, Texas

DUSTIN HOWELL, United States Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**S E A L E D**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff.** | § | |
| | § | |
| **v.** | § | CRIMINAL NO **1:26-mj-00652-DH** |
| | § | |
| **RYAN THOMAS GRIFFIN,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brendan Schwanky, being duly sworn, depose and state as follows:

## INTRODUCTION

1. This affidavit is submitted in support of a Criminal Complaint against **RYAN THOMAS GRIFFIN**, year of birth 1990, for violation of Title 18, United States Code, Section 875(c), Interstate Transmission of Threatening Communication.

2. I am a Task Force Officer currently assigned to the FBI's Joint Terrorism Task Force (JTTF) within the Austin Resident Agency of the FBI's San Antonio Division. I am employed as a Detective with the Austin Police Department (APD). I have been a Certified Peace Officer in the State of Texas for 14 years and have experience investigating felony and violent criminal offenses, to include robbery, aggravated assault, sexual assault, and online threat cases. I have participated in hundreds of felony violent crime investigations as a Detective and written hundreds of search warrants related to violent crimes. I have received threat assessment training and am a member of the Austin Regional Intelligence Center, a fusion center focused on threat mitigation in the Central Texas area.

3. Because this affidavit is submitted for the limited purposes of establishing probable cause, I have not included every fact known to me related to this investigation. Statements are presented in sum and substance.

**FACTS**

4. On or about February 6, 2026, the FBI National Threat Operations Section (NTOS) received an online tip regarding Gab user PoisonDartPepe, who, according to the tip, had made multiple posts expressing an intent to join a terrorist network and attack the United States government. Gab is a U.S.-based online microblogging and social media platform where users post can post content on public forums for other users to see. The threats made on Gab by user PoisonDartPepe included statements concerning the killing of the Federal employees, members of the United States military, and members of the Jewish community. As detailed below, the PoisonDartPepe account is believed to belong to RYAN THOMAS GRIFFIN based on account user data and on GRIFFIN's statement admitting to being the owner of the account.

5. It was reported that PoisonDartPepe posted on Gab that he is not afraid of being shot to death by the "zog," but did not want to die for nothing. "Zog" is an acronym for "Zionist Occupation Government" or "Zionist-Occupied Government." "Zog" is a derogatory and anti-Semitic term and hate symbol commonly used by persons sympathetic to white supremacist and neo-Nazi ideology, which reflects a belief that Jews control the United States Government. PoisonDartPepe posted about his frustrations with lone-actor mass attackers and highlighted the need for actors to assemble teams to carry out such attacks, along with mentioning his frustrations with the "Zionist kikes" who he believes are tearing the United States apart.

6. The following posts, which are publicly available on the Gab website,[1] were provided as part of the online tip sent to the FBI and were made by user PoisonDartPepe on or about February 5, 2026:

a. *You know what I need is warriors and a team. If I had even a squad of guys, even like a dozen, that increases my threat level and force multiplier by an order of magnitude. Lone wolf stuff is cope and strategically retarded. If you can get even 10 guys to attack zog together it would actually matter. It would be a global emergency how outside today's shit norm it would be.*

b. *If I was to go postal[2] wouldn't it increase jew security costs dramatically? They think they're so secure betting on dumb white "goyim" will never do anything. And if I want to bankrupt them then freaking them out into more security spending is perfect. Their bureaucracy is already so inefficient and barley held together from being looted. It won't withstand real attacks.*

c. *I'll tell you exactly what's going to happen if I show up at some zog fed base with my 556 semi auto to vent my rage at the regime – I'm going to die almost immediately, and it'll be a footnote for less than two weeks, and then everyone will move on to the next thing. That's why I cannot sacrifice my life without doing more damage than that.*

d. *What do I get if I keep playing by "the rules" that zog and trump set for me? More section 8. More permanent decline. More zero community of territory or family. I am siding with the terrorists. My mind is pretty much made up already. I am going to attack the US government one way or another. I already have been for years on a low level and this is just the natural next step since they are an ENEMY faction who hates whites and who must be destroyed for me to ever have a good life.*

e. *What's the biggest balls move I could make right now as oppressed middle class white US guy? It's to go join a terrorist network and totally abandon the rule of law from fed jews. That's the biggest balls move I could make and I see a lot of great reasons to make that move. I see zero compelling arguments to keep playing by "the rules."*

7. On or about March 5, 2026, the FBI National Threat Operations Center (NTOC)

---

[1] Unless otherwise indicated, all postings cited in this Affidavit are quoted verbatim and retain syntax and errors from the original text.

[2] Affiant's note: To "go postal" is an idiom meaning to become extremely angry, often to the point of engaging in violence.

received information containing an email attachment from the U.S. Secret Service (USSS), Protective Intelligence and Assessment Division (PID), regarding threats to the Vice President, federal employees, and the military by Gab user PoisonDartPepe. On or about March 5, 2026, Gab user PoisonDartPepe posted the following threatening message:

> *My Goal for the next 10-20 years is to get hot girl I can have kids with, 10 acres of land to live on, stable income to support my family. And if I can't get that as upper middle class white collar educated heritage US guy then I am going to attack the federal government and kill their employees or the US military. Right now – looking like terrorism is my better option. I like JD Vance meme. It's not a joke for me. We are going to fucking kill you. You are going to make this deal available to me or I am going to start building bombs.*

8. On or about April 15, 2026, in response to legal process, Gab provided that internet protocol (IP) address 2603:8080:2700:3727:cf0:df15:53e6:fe42 was used to log into the account PoisonDartPepe on April 7, 2026, which was the most recent login information for the account. The IP address was serviced by Charter Communications and was listed as a residential IP address.

9. On or about May 20, 2026, in response to legal process, Charter Communications provided the following accountholder information for the IP address 2603:8080:2700:3727:cf0:df15:53e6:fe42 on April 7, 2026:

| | |
|---|---|
| Name: | Ryan Griffin |
| Service Address: | [an apartment residence in Austin, Texas] |
| Username: | ryan.griffin2025@proton.me |

10. A records check conducted by the FBI on Defendant and the service address using an online third-party database indicated that Defendant, a white male born in 1990, resided at the service address. Texas Driver's License information also showed Defendant had a valid license issued using the service address.

11. On or about June 21, 2026, FBI NTOS received another online tip regarding Gab user PoisonDartPepe and a threat posted on or about June 20, 2026, by the user:

> *I'm just a random nobody in the US and I can pick any synagogue I want and go postal on it and the president will be visiting the place the next week to pay respects to his real masters. Your theater kid shit will be easy to play and as soon as I get an organized group of men willing to act on it we are going after your ass zog trash. I don't care about trump, and I wouldn't even live to see him there most likely assuming I jihaded any place, but the team would have all your moves laid out in advance and they'd be waiting. The first attack would just be the bait. And then we'd hit you again at the funeral once the more important people showed up to grift.*

12. Another online tip sent to the FBI reported that on or about June 7, 2026, PosionDartPepe posted the following additional threat on Gab:

> *Zionist do not have the authority to lecture me on sexual morals or anything else. They're criminals and I am going to kill them.*

13. On or about June 22, 2026, FBI TFO Jeffrey Deane and I conducted a consensual, non-custodial interview with Defendant at his apartment residence in Austin, Texas. After we identified ourselves as law enforcement officers and requested to speak with Defendant, he invited us into his residence. Almost immediately, Defendant stated that he knew why law enforcement was there. Defendant freely and voluntarily agreed to an interview. In summary, during the interview, Defendant stated the following, among other things:

a. Defendant claimed ownership of the Gab account PoisonDartPepe and stated he has had the account since 2018. He stated he uses his laptop and desktop, which were in his apartment in the living room, to access his PoisonDartPepe account and post content.

b. Defendant made statements indicating he was openly anti-Semitic, expressed white supremacists' views, and was sympathetic towards Nazism during the interview. He stated that he believed that the federal government and Jewish people were harming him, and he expressed an intent to overthrow the government. Defendant reiterated several times during the interview that the reason he had not acted against the government or Jewish people is that he does not believe that a single person conducting an attack would have a large impact. He stated that a larger coordinated group of people acting together would be needed to achieve a large impact on the government and or society.

c. Defendant stated he had attempted to contact people online who are interested in taking action, but has not been successful. In 2019, he contacted the Northwest Front, a U.S.-based white separatist organization rooted in neo-Nazism, anti-Semitism, and militant white nationalism.

d. Defendant admitted to making the post threatening to kill federal employees [set forth in paragraph 7 above] and the post threating to go "postal" on a synagogue [set forth in paragraph 6(b) above].

e. Defendant was read the post from June 21, 2026, where Defendant posted that he can go to any synagogue and go postal [set forth in paragraph 11 above] and was asked to explain the post. He initially stated that it was a thought experiment and if he really wanted to wound the people running the government that type of strategy would get some type of result. Defendant agreed that the post could be interpreted as extremely threatening and would cause someone to believe a person was going to shoot up a synagogue. Defendant went on to state that the "counter argument" was that mainstream media talks about taking down white people, so he did not feel "super guilty" for sending back what they were sending to him. He advised he understood why someone would report the post and be upset. He wanted to upset "them" because he is upset with the news trying to get rid of white people. He called his post an extreme reaction, but advised his heart is in the right place because he just wants his people to have dignity and a future in America. Defendant accused Jewish people of being malicious and not wanting him to be successful. He said that if they are going to turn it into an "us versus them" situation, he has to fight for his own side. Defendant recognized the threatening nature of the post but claimed the post was justified.

f. Defendant admitted to having several firearms and tactical gear in his residence to include a black, AR-15 style rifle, a .308 caliber bolt action rifle, a semi-automatic pistol, a revolver, body armor, and a helmet. Defendant advised the guns are "only good for people, unarmed people, and that's not who he wants to bother." When asked who he wanted to "bother," Defendant stated that he had looked at the World Economic Forum in Wyoming. He had talked with people on the internet "about that exact thing" and people on the internet told him he would never get close or have a chance. Defendant stated that no one told him he didn't have to do that and the government has never reached out to him to help him. He was upset that people didn't help him and just called him stupid.

g. When asked whether he had thought of incidents that would have an impact as opposed to just randomly killing people, Defendant responded: "yes, like you don't want to die for nothing, it's not suffering just to suffer, there is an end goal of I guess you would say regime change."

**CONCLUSION**

14. Based on the foregoing, there is probable cause to believe that Defendant RYAN THOMAS GRIFFIN committed the offense(s) set forth in the attached Criminal Complaint.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

______________________________
BRENDAN SCHWANKY
Task Force Officer
Federal Bureau of Investigation
Austin, Texas

Sworn or attested to me by telephone under Rule 4.1 of the Federal Rules of Criminal Procedure on this 29th day of June, 2026.

______________________________
DUSTIN HOWELL
UNITED STATES MAGISTRATE JUDGE