UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
July 21, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ sec _____
DEPUTY

**UNITED STATES OF AMERICA**
**Plaintiff**

v

**RYAN THOMAS GRIFFIN**
**Defendant**

**INDICTMENT**

**[Cts. 1-4: 18 U.S.C. § 875(c) – Interstate Transmission of Threatening Communication]**

**1:26-cr-00385-DAE**

THE GRAND JURY CHARGES:

### COUNT ONE
**Interstate Transmission of Threatening Communication**
**[18 U.S.C. § 875(c)]**

On or about June 20, 2026, in the Western District of Texas and elsewhere, Defendant,

**RYAN THOMAS GRIFFIN,**
**a.k.a. Gab user "PoisonDartPepe,"**

did knowingly transmit in interstate and foreign commerce a communication, namely, a publicly accessible posting on Gab, an online social media platform, and the communication contained a threat to injure the person of another, that is:

> *"I'm just a random nobody in the US and I can pick any synagogue I want and go postal on it and the president will be visiting the place the next week to pay respects to his real masters. Your theater kid shit will be easy to play and as soon as I get an organized group of men willing to act on it we are going after your ass zog trash. I don't care about trump, and I wouldn't even live to see him there most likely assuming I jihaded any place, but the team would have all your moves laid out in advance and they'd be waiting. The first attack would just be the bait. And then we'd hit you again at the funeral once the more important people showed up to grift."*

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

Indictment – GRIFFIN

Special Finding (U.S.S.G. § 3A1.1)

The Grand Jury further alleges that Defendant GRIFFIN intentionally selected any synagogue as the object of his threat because of the actual and perceived religion of persons associated with synagogues.

All in violation of 18 U.S.C. § 875(c).

## COUNT TWO
### Interstate Transmission of Threatening Communication
### [18 U.S.C. § 875(c)]

On or about June 7, 2026, in the Western District of Texas and elsewhere, Defendant,

**RYAN THOMAS GRIFFIN,**
**a.k.a. Gab user "PoisonDartPepe,"**

did knowingly transmit in interstate and foreign commerce a communication, namely, a publicly accessible posting on Gab, an online social media platform, and the communication contained a threat to injure the person of another, that is:

> *"Zionists do not have the authority to lecture me on sexual morals or anything else. They're criminals and I am going to kill them."*

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

Special Finding (U.S.S.G. § 3A1.1)

The Grand Jury further alleges that Defendant GRIFFIN intentionally selected the victims of his threat because of the actual and perceived religion of such persons.

All in violation of 18 U.S.C. § 875(c).

**Indictment – GRIFFIN**                                               **Page 2 of 4**

<u>COUNT THREE</u>
**Interstate Transmission of Threatening Communication**
**[18 U.S.C. § 875(c)]**

On or about January 23, 2026, in the Western District of Texas and elsewhere, Defendant,

**RYAN THOMAS GRIFFIN,**
**a.k.a. Gab user "PoisonDartPepe,"**

did knowingly transmit in interstate and foreign commerce a communication, namely, a publicly

accessible posting on Gab, an online social media platform, and the communication contained a

threat to injure the person of another, that is:

> *"If I'm NEVER getting a family or a house in shithole America what else do I have to do better than KILL my state representatives? God that sounds awesome. I want them to die so bad. Like I'm looking up what is their schedule, where are they and when so I can potentially kill them. That's how FUCKING PISSED I am about America ripping me off."*

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a

threat, and recklessly disregarding a substantial risk that his communication would be understood

as a threat.

All in violation of 18 U.S.C. § 875(c).

## COUNT FOUR
### Interstate Transmission of Threatening Communication
### [18 U.S.C. § 875(c)]

On or about March 5, 2025, in the Western District of Texas and elsewhere, Defendant,

### RYAN THOMAS GRIFFIN,
### a.k.a. Gab user "PoisonDartPepe,"

did knowingly transmit in interstate and foreign commerce a communication, namely, a

publicly accessible posting on Gab, an online social media platform, and the communication

contained a threat to injure the person of another, that is:

> *"My goal for the next 10-20 years is to get hot girl I can have kids with, 10 acres of land to live on, stable income to support my family. And if I can't get that as upper middle class white collar educated heritage US guy then I am going to attack the federal government and kill their employees or the US military. Right now - looking like terrorism is my better option. I like the JD vance meme. It's not a joke for me. We are going to fucking kill you. You are going to make this deal available to me or I am going to start building bombs."*

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a

threat, and recklessly disregarding a substantial risk that his communication would be understood

as a threat.

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR: MATTHEW DEVLIN
ASSISTANT UNITED STATES ATTORNEY

Indictment – GRIFFIN